# MEMORANDUM CASES.

[S. F. No. 11927. In Bank—August 23, 1926.]

CALIFORNIA CREDIT & COLLECTION CORPORA-
TION, Respondent, v. EMMA R. D. MOONEY, Ap-
pellant.

[1] PROMISSORY NOTES — FRAUDULENT REPRESENTATIONS. — Judgment
reversed upon authority of *California Credit & Col. Corp.* v.
*Randall* (Cal. App). 244 Pac. 958, *California Credit & Col. Corp.*
v. *Goodin* (Cal. App.), 246 Pac. 121, and *California Credit & Col.
Corp.* v. *Carpenter* (Cal. App.), 246 Pac. 126.

APPEAL from a judgment of the Superior Court of
Napa County. Edward I. Butler, Judge Presiding. Re-
versed.

Clarence N. Riggins for Appellant.

J. R. Cunnyngham and Daly B. Robnett for Respondent.

THE COURT.—Upon examination of the record in this
case we are satisfied that the trial court was in error as to
each of the two main questions presented upon this appeal.
We are further satisfied that a practically parallel situation
is presented upon this appeal as that presented and con-
sidered by the district court of appeal in and for the third
appellate district in the cases of *California Credit & Collec-
tion Corp.* v. *Randall* (Cal. App.), 244 Pac. 958, *California
Credit & Collection Corp.* v. *Goodin* (Cal. App.), 246 Pac.
121, and *California Credit & Collection Corp.* v. *Carpenter*
(Cal. App.), 246 Pac. 126.

In the latter two of the above cases a petition for hearing
in this court was denied. [1] Upon the authority of these
cases the judgment herein is reversed.